UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

**ELLIOT KIETH ANDERSON**

    **Petitioner,**

v.                                                Case Nos.   3:16-cv-823-HES-JBT
                                                                        3:02-cr-058-HES-JBT

**UNITED STATES OF AMERICA,**

    **Respondent.**

_____/

## ORDER

This matter is before the Court *sua sponte*. Petitioner currently has pending with the Court a "Motion Under 28 U.S.C § 2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody" (Civ. Dkt. 1; Crim. Dkt. 106) and an "Unopposed Motion to Stay 28 U.S.C. § 2255 Proceedings" (Dkt. 8). In his request for a stay, Petitioner states that the Eleventh Circuit's decision in *United States v. Derwin Darry Fritts*, No. 15-15699-CC, may "have a direct impact on [his] ability to obtain relief in these proceedings." (Dkt. 8 ¶¶ 4–5).

The Eleventh Circuit's decision in *Fritts* was published on November 8, 2016. As such, Petitioner's request for a stay is moot. Petitioner appears to have satisfied his obligations as required by the July 13. 2016 Order. (*See* Dkt. 6). The government has not yet responded to Petitioner's motion to vacate his sentence.

Accordingly, it is **ORDERED**:

1. Petitioner's "Unopposed Motion to Stay 28 U.S.C. § 2255 Proceedings" (Dkt. 8) is **MOOT**; and

2. The United States of America is directed to respond to Petitioner's motion to vacate

his sentence within **thirty (30) days** from the date of this Order.

**DONE AND ORDERED** at Jacksonville, Florida, this ___ day of December, 2016.

_____
HARVEY E. SCHLESINGER
UNITED STATES DISTRICT JUDGE

Copies to:
Michelle Rachel Yard, Esq.
Ashley Washington, AUSA

2